ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Carahsoft Technology Corp. | ) ASBCA No. 63467 |
| | ) |
| Under Contract No. GS-35F-5212H | ) |
| Delivery Order No. 80NSSC17F0534 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:      Mr. Robert R. Moore
          Vice President

APPEARANCES FOR THE GOVERNMENT:    Scott W. Barber, Esq.
          NASA Chief Trial Attorney
         Amber M. Hufft, Esq.
         Matthew F. Johnston, Esq.
         Ellen E. Espenschied, Esq.
          Trial Attorneys
          Goddard Space Flight Center, MD

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 8, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63467, Appeal of Carahsoft Technology Corp., rendered in conformance with the Board's Charter.

Dated: February 8, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals